STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Claudia Zambalis

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CLAUDIA ZAMBALIS,

                Plaintiff,    CASE NO.: 2:20-CV-10992-PLA

    -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO THE   EQUAL ACCESS TO
JUSTICE ACT, 28 U.S.C. § 2412 (d)**

     Before the Court is the parties' Stipulation for the Award and Payment of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (ECF No. 30). Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Five Thousand Six Hundred Sixty Dollars and Zero Cents ($5,660.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Plaintiff's Attorneys of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group
250 S Clinton St Ste 210
Syracuse NY 13202**

Plaintiff's Motion (ECF No. 29) is **denied as moot**.

So ordered.

Date:  April 25, 2022

_____
Hon. Paul L. Abrams
United States Magistrate Judge

[Order proffer: Stuart T. Barasch; copy to Jennifer Tarn]